UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRYAN HORNE | * | NO: |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| ILLINOIS CENTRAL RAILROAD | * | MAGISTRATE: |
| COMPANY, d/b/a CN RAILROAD, | * | |
| a corporation; BRV EQUIPMENT, INC. | * | |
| a corporation | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMPLAINT**

COMES NOW the Plaintiff, by and through counsel, and files this Complaint against the Defendants, and for cause would respectfully show unto the Court the following:

## I. PARTIES, JURISDICTION, VENUE

1. The Plaintiff, Bryan Horne, is an individual citizen and resident of Mississippi and has been a citizen of Mississippi at all relevant times herein.

2. The Defendant, Illinois Central Railroad Company (hereinafter CN Railroad), is an Illinois corporation which does business and conducts railroad operations in the State of Louisiana.

3. The Defendant, CN Railroad, is a common carrier by railroad engaged in the business of operating a railroad in interstate commerce for hire for the purpose of carrying freight in interstate commerce. The Plaintiff, at all times referred to herein, was an employee of the Defendant and was acting within the line and scope of his employment for

the Defendant. The Plaintiff's duties of employment for the Defendant were in furtherance of interstate commerce or directly or closely affected interstate commerce.

4. The Defendant, BRV Equipment, Inc., is a Mississippi corporation with its principal place of business located in Yazoo City, Mississippi.

5. The incident which is the subject of this action occurred in St. John the Baptist Parrish, located within the Eastern District of Louisiana.

6. This action is brought pursuant to the provisions of the Federal Employers' Liability Act, 45 U.S.C. §51, *et seq.*, providing this Court with original jurisdiction This Court has supplemental jurisdiction over all claims pertaining to Defendant BRV Equipment, Inc., pursuant to 28 U.S.C § 1367.

## II. FACTS

7. On April 10, 2017, Plaintiff, Bryan Horne, was employed for the Defendant, CN railroad, as a Foreman.

8. On this date, Mr. Horne was performing his job duties working on a bridge for the Defendant Railroad in Laplace, Louisiana located in St. John the Baptist Parish.

9. During the course of his employment with Defendant, a trackhoe operator, who was acting as an agent/employee for the CN Railroad and/or Defendant BRV Equipment, Inc., caused the trackhoe to strike Mr. Horne.

10. As a direct and proximate cause of the backhoe operator's actions/omissions, Mr. Horne sustained severe and permanent injuries about his body, including but not limited to bi-lateral arm fractures.

### III. FIRST CAUSE OF ACTION
### (CN Railroad)

11. The Plaintiff avers that all of his above mentioned injuries and damages were caused, in whole or in part, by the negligence of the Defendant, CN Railroad Company, its agents, servants, or employees while acting within the line and scope of their employment for said defendant or by reason of a defect or insufficiency due to its negligence in its bridges, operating practices, training practices, equipment, tools, safety practices, inspection practices, and/or maintenance practices at the time and place where the Plaintiff suffered his above mentioned injuries and damages.

### IV. SECOND CAUSE OF ACTION
### (CN Railroad)

12. All of the Plaintiff's injuries and damages were caused, in whole or in part, by the negligent failure of the Defendant to use reasonable care to provide to the Plaintiff a reasonably safe place for the Plaintiff to perform his work and labor for the Defendant.

### V. THIRD CAUSE OF ACTION
### (BRV Equipment, Inc.)

13. The Plaintiff avers that all of his injuries and damages were caused by the negligence, gross negligence, recklessness, and/or wantonness of Defendant BRV Equipment, Inc., acting by and through its agents, servants, and/or employees.

### VI. FOURTH CAUSE OF ACTION
### (BRV Equipment, Inc.)

14. The Plaintiff avers that all of his injuries and damages were caused by the negligence, gross negligence, recklessness, and/or wantonness of Defendant BRV

Equipment, Inc.

15. The negligence, gross negligence, recklessness, and/or wantonness of Defendant BRV Equipment, Inc., includes but is not limited to the following actions and/or omissions:

    (a) Training of its agents/employees;

    (b) Hiring of its agents/employees;

    (c) Supervision of its agents/employees;

    (d) Retention of its agents/employees; and

    (e) It was otherwise negligent, grossly negligent, reckless, and/or wanton.

## VII. DAMAGES

16. The Plaintiff avers that as a result, in whole or in part, of the Defendants' negligence he has suffered and seeks to recover for the following injuries and damages:

    (a) Past and future lost wages and benefits;

    (b) Permanent impairment of his ability to earn a living;

    (c) Past and future medical expenses;

    (d) Past and future physical pain and mental anguish;

    (e) Permanent physical disability and disfigurement;

    (f) Inability to carry out and enjoy the usual and normal activities of life.

## VIII. JURY DEMAND

18. The Plaintiff demands trial by jury.

## IX.  **DEMAND**

19. WHEREFORE, the Plaintiff demands as follows:

   (a) Compensation for past and future lost wages and benefits;

   (b) Compensation for permanent impairment of his ability to earn a living;

   (c) Compensation for past and future medical expenses;

   (d) Compensation for past and future physical pain and mental anguish;

   (e) Compensation for permanent physical disability and disfigurement;

   (f) Compensation for his inability to carry out and enjoy the usual and normal activities of life;

   (g) Trial by jury; and

   (h) All other relief to which the Plaintiff is entitled.

Respectfully submitted,

*S/Timothy J. Young*
TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 680-4101
tjy@theyoungfirm.com
